UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JEREMIAH NEGRON, *on behalf of himself,* :
*FLSA Collective Plaintiffs, and the Class*, :
: 24-CV-490 (JMF)
Plaintiff, :
: ORDER
-v- :
:
GREAT DANE OPCO, LLC, d/b/a GREAT :
NORTHERN FOOD HALL et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Complaint in this case was filed with the Court on January 23, 2024, *see* ECF No. 1, but the docket does not reflect that the Complaint has been served on corporate Defendant Great Dane Opco, LLC., d/b/a Great Northern Food Hall. In view of that and the lack of an appearance by corporate Defendant, the initial pretrial conference currently scheduled for April 25, 2024, *see* ECF No. 8, is ADJOURNED to **May 16, 2024**, at **9:00 a.m**.

Plaintiff is reminded that Rule 4(m) of the Federal Rules of Civil Procedure requires dismissal without prejudice if a plaintiff does not serve all defendants with the summons and complaint within 90 days, absent good cause. Plaintiff's deadline to serve all Defendants is **April 22, 2024**. If Plaintiff believes that corporate Defendant has already been served, Plaintiff shall promptly communicate with the Court, in writing, when and in what manner such service was made. If not, Plaintiff shall promptly file proof of service by **April 24, 2024**.

Finally, Plaintiff is directed (1) to notify corporate Defendant's attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **April 24, 2024**. If unaware of the identity of counsel for corporate Defendant, counsel receiving this order must forthwith send a copy of this Order to that party personally.

SO ORDERED.

Dated: April 15, 2024
        New York, New York
                                                    _____
                                                    JESSE M. FURMAN
                                                    United States District Judge