# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   (212) 465-1188
cklee@leelitigation.com

April 19, 2024

**Via ECF:**
The Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

        Re:    *Negron v. Great Dane Opco, LLC et al*
                  Case No.: 1:24-cv-00490-JMF

Dear Judge Furman:

      We are counsel to Plaintiff Jeremiah Negron in the above-captioned matter. We write pursuant to Rule 2(E) of Your Honor's Individual Rules and Practices in Civil Cases, to request the Court to suspend all deadlines until May 7, 2024.

      On April 16, 2024, Defendants served an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure (the "Rule 68 Offer") to resolve this matter. Plaintiff is currently considering this proposal. As such, Plaintiff respectfully requests the Court to suspend all deadlines until May 7, 2024, the date that the Rule 68 Offer expires.

      Defendants consent to this request. This is the first time that the parties have requested an adjournment.

      We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 12. SO ORDERED.

April 22, 2024