UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEREMIAH NEGRON, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*
        Plaintiff,

v.

GREAT DANE OPCO, LLC
    d/b/a GREAT NORTHERN FOOD HALL,
and BRYAN FLODMAND,
        Defendants.

**Case No.**: 1:24-cv-00490

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants GREAT DANE OPCO, LLC d/b/a GREAT NORTHERN FOOD HALL, and BRYAN FLODMAND (collectively "Defendants"), having offered to allow Plaintiff JEREMIAH NEGRON ("Plaintiff") to take a judgment against them, in the sum of Nine Thousand and No Cents ($9,000.00) ("Judgment Amount"), inclusive of attorney fees and costs, to resolve all of Plaintiff's individual Fair Labor Standards Act claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 16, 2024 and filed as Exhibit A to Docket Number 14;

    **WHEREAS**, on April 26, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 14);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff JEREMIAH NEGRON, in the sum of $9,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 16, 2024 and filed as Exhibit A to Docket Number 14. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2024         _____
    New York, New York                                                       U.S.D.J.